Maxine Brant v. Henry Brant.—

That branch of the motion which seeks to dispense with the printing in the record on appeal of the exhibits is granted on condition that the originals thereof are filed with the Clerk of this court on or before the Wednesday preceding the first day of the term for which the appeal is noticed for argument. Concur — Botein, P. J., Breitel, Rabin, Valente and Steuer, JJ.

Helene Glenmore et al. v. John I. Ahearn et al.—

Concur — McNally, J. P., Stevens, Eager, Steuer and Bastow, JJ.

In the Matter of the Arbitration between Clyde Fashions, Ltd. and Einiger Mills, Inc.—

Concur — McNally, J. P., Stevens, Eager, Steuer and Bastow, JJ.

Walston & Co., Inc., v. Hirsch L. Spira et al.; County Clerk of New York County, Third-Party Respondent.—

Concur — McNally, J. P., Stevens, Eager, Steuer and Bastow, JJ.

In the Matter of Classic Togs, Inc. v. Joint Board of Cloak, Suit, Skirt and Reefer Makers' Union, Skirt Department, Local 23, I. L. G. W. U., et al.—

Concur — McNally, J. P., Stevens, Eager and Bastow, JJ.